AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

VINCENT SANDONATO

V.

DAYS INN WORLDWIDE, INC., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 451S

TO: (Name and address of Defendant)

Cendant Hotel Group, Inc.
c/o Corporation Service Company
Registered Agent
222 Jefferson Boulevard
Warwick, Rhode Island 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Palumbo, Jr.
R.I. Bar No. 0405
Law Offices of Joseph R. Palumbo, Jr.
294 Valley Road
Middletown, Rhode Island 02842

an answer to the complaint which is herewith served upon you, within _______ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/10/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE DECEMBER 12, 2007 |
| NAME OF SERVER *(PRINT)* JOHN E. MOY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Richard D'Amico

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $31.08 | $45.00 | $76.08 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-12-07
Date

John E Moy
Signature of Server

41 WOODLAND DRIVE, PORTSMOUTH, RI
Address of Server

**JOHN E. MOY - CONSTABLE**
**DISTRICT COURT # 6004**
**SUPERIOR COURT # 119**
**FEDERAL PROCESS SERVER**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.