UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINCENT SANDONATO | : | |
| | : | |
| Plaintiff, | : | |
| V. | : | C.A. No. 07-451/S |
| | : | |
| DAYS INN WORLDWIDE, INC. and | : | |
| CENDANT HOTEL GROUP, INC. | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Jeffrey S. Brenner and Nixon Peabody LLP hereby enter an appearance in this case on behalf of Defendants Days Inn Worldwide, Inc. and Cendant Hotel Group, Inc.

Defendants,
Days Inn Worldwide, Inc. and
Cendant Hotel Group, Inc.,
By their Attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Dated: December 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Joseph R. Palumbo, Jr., Esq., at joseph@palumbolaw.net, identified on the Notice of Electronic filing (NEF), on this 26th day of December, 2007.

/s/ Jeffrey S. Brenner