UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINCENT SANDONATO<br><br>Plaintiff,<br>V.<br><br>DAYS INN WORLDWIDE, INC. and<br>CENDANT HOTEL GROUP, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-451/S |

**STIPULATION**

The parties hereby stipulate to the following:

1. Defendants Days Inn Worldwide, Inc. and Cendant Hotel Group, Inc. may have up to and including Monday, January 7, 2008, to respond to Plaintiff's Complaint.

Plaintiff,
Vincent Sandonato,
By his Attorney,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr. (#0405)
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

Dated: December 31, 2007

Defendants,
Days Inn Worldwide, Inc. and
Cendant Hotel Group, Inc.,
By their Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
Email: jbrenner@nixonpeabody.com
Dated: December 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Joseph R. Palumbo, Jr., Esq., at joseph@palumbolaw.net, identified on the Notice of Electronic filing (NEF), on this 31st day of December, 2007.

/s/ Jeffrey S. Brenner