# EXHIBIT B

DAYS INN

Days Inns Worldwide, Inc
1 Sylvan Way
Parsippany, New Jersey 07054

FRANCHISE ADMINISTRATION

Phone 1-866 582 9104
Fax (800) 643 2107

October 3, 2006

**VIA OVERNIGHT COURIER**
1 22244 5 X0 29790 5195

Mr Vincent Sandonato
425 East Main Road
Newport, RI 02842

**Re: NOTICE OF MONETARY DEFAULT relating to Days® Unit #Site-16507-12568-1 located in Middletown, RI (the "Facility")**

Dear Mr Sandonato

I write on behalf of Days Inns Worldwide, Inc ("we," "our," or "us") regarding the License Agreement dated January 5, 2006 between Vincent Sandonato ("you" or "your") and us (the "Agreement") We write to give you formal notice that you are in default under the Agreement

The Agreement requires you to timely pay us the Recurring Fees and other charges relating to your operation of the Facility under the System Our Financial Services Department advises us that as of October 2, 2006 your account is past due in the amount of $71,968 70 We have enclosed an itemized statement detailing the fees past due Under the Agreement, you have 30 days to pay this amount to us in order to cure your default If you do not pay this amount within the time permitted, we reserve all rights under the terms of the Agreement including but not limited to termination of the Agreement and your right to operate in the Days System

As you no doubt recall, the Agreement provides you with certain rights and benefits that in return, require you to cure any defaults under the Agreement within the time permitted We remind you that if you fail to cure your default timely, your Additional Termination Rights and Special Combined Fees will expire automatically at the end of the cure period You will then be obligated to perform your responsibilities under the Agreement for the remainder of the term

This Notice does not modify, replace or affect any default under the Agreement, or any other default and termination notices, if any, from us or any of our affiliates regarding the Facility We also reserve the right to take any interim steps permitted under the Agreement because of your default, such as suspending the Facility's access to our central reservation system

We hope you will take this opportunity to resolve your monetary default If you have any questions regarding your default or how it can be timely cured, please call Rob Spence, Financial Services Manager, at (973) 753-7646

Sincerely yours,

Valerie Capers Workman
Senior Director
Franchise Administration

Enclosure

cc Joseph R Kane, Jr
Rob Spence

Report Date 02-OCT-06

# ITEMIZED STATEMENT

| | |
|---|---|
| As of Date (DD-MMM-YYYY) | 02-OCT-2006 |
| Customer No | 16507-12568-01-DAY |
| Category Set | |
| Category Group | |
| Group No | |
| Bankruptcy | No Bankruptcy Sites |
| Disputed | No |

Report Date 02-OCT-06

# ITEMIZED STATEMENT

Customer No 16507-12568-01-DAY
Address 425 EAST MAIN ROAD,MIDDLETOWN,RI,02842,US
As of Date 02-OCT-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| MAR-2006 | TA3106835-001 | 31-MAR-06 | T/A COMMISSIONS | | 7 11 | 0 00 | 0 00 | 7 11 |
| | TP4106835-001 | 31-MAR-06 | GDS & INTERNET | | 3 50 | 0 00 | 0 00 | 3 50 |
| | MV1001671-003 | 31-MAR-06 | RESERVATION FEE | | 98 76 | 0 00 | 0 00 | 98 76 |
| | MV1001671-001 | 31-MAR-06 | ROYALTY FEE | | 128 82 | 0 00 | 0 00 | 128 82 |
| | MV1001671-002 | 31-MAR-06 | MARKETING FEE | | 64 41 | 0 00 | 0 00 | 64 41 |
| | | | Sub Total | | 302 60 | 0 00 | 0 00 | 302 60 |
| APR-2006 | IN1668923-001 | 20-APR-06 | GM ORIENTATION- | | 750 00 | 0 00 | 17 25 | 767 25 |
| | IN1668923-002 | 20-APR-06 | GM ORIENTATION- | | 1100 00 | 0 00 | 25 30 | 1125 30 |
| | TA3112931-001 | 28-APR-06 | T/A COMMISSIONS | | 9 90 | 0 00 | 0 23 | 10 13 |
| | TP4112931-001 | 28-APR-06 | GDS & INTERNET | | 9 00 | 0 00 | 0 21 | 9 21 |
| | 65070604A-001 | 30-APR-06 | ROYALTY ACCRUAL | | 161 88 | 0 00 | 38 16 | 200 04 |
| | 65070604A-006 | 30-APR-06 | RESERVATION FEE | | 124 11 | 0 00 | 41 40 | 165 51 |
| | 65070604A-003 | 30-APR-06 | MKTG FEE ACCRUA | | 80 94 | 0 00 | 27 60 | 108 54 |
| | | | Sub Total | | 2235 83 | 0 00 | 150 15 | 2385 98 |
| MAY-2006 | IN1683819-001 | 24-MAY-06 | MAY-BRILLIANT S | | 225 00 | 0 00 | 5 18 | 230 18 |
| | IN1683819-002 | 24-MAY-06 | APR-DIRECWAY | | 20 00 | 1 40 | 0 49 | 21 89 |
| | TA3119075-001 | 25-MAY-06 | T/A COMMISSIONS | | 196 66 | 0 00 | 4 52 | 201 18 |
| | TP4119075-001 | 25-MAY-06 | GDS & INTERNET | | 120 50 | 0 00 | 2 77 | 123 27 |
| | IN1689751-003 | 31-MAY-06 | TRIPREWARDS FNS | | (97 53) | 0 00 | 0 00 | (97 53) |
| | IN1689751-002 | 31-MAY-06 | TRIPREWARDS 5%C | | 324 14 | 0 00 | 7 46 | 331 60 |
| | 65070605A-003 | 31-MAY-06 | MKTG FEE ACCRUA | | 1247 84 | 0 00 | 27 60 | 1275 44 |
| | 65070605A-006 | 31-MAY-06 | RESERVATION FEE | | 1913 35 | 0 00 | 41 40 | 1954 75 |
| | 65070605A-001 | 31-MAY-06 | ROYALTY ACCRUAL | | 2495 67 | 0 00 | 52 90 | 2548 57 |
| | IN1689751-001 | 31-MAY-06 | MAY-DIRECWAY | | 150 00 | 10 50 | 3 69 | 164 19 |
| | | | Sub Total | | 6595 63 | 11 90 | 146 01 | 6753 54 |
| JUN-2006 | IN1698666-001 | 28-JUN-06 | JUN-BRILLIANT S | | 225 00 | 0 00 | 5 18 | 230 18 |
| | IN1698666-002 | 28-JUN-06 | JUN-DIRECWAY | | 150 00 | 10 50 | 3 69 | 164 19 |

Report Date 02-OCT-06

# ITEMIZED STATEMENT

Customer No 16507-12568-01-DAY
Address 425 EAST MAIN ROAD,MIDDLETOWN,RI,02842,US
As of Date 02-OCT-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| | IN1704479-002 | 29-JUN-06 | TRIPREWARDS FNS | | (341 76) | 0 00 | 0 00 | (341 76) |
| | TP4121814-001 | 29-JUN-06 | GDS & INTERNET | | 483 50 | 0 00 | 11 12 | 494 62 |
| | TA3121814-001 | 29-JUN-06 | T/A COMMISSIONS | | 1440 15 | 0 00 | 33 12 | 1473 27 |
| | IN1704479-001 | 29-JUN-06 | TRIPREWARDS 5%C | | 1587 18 | 0 00 | 36 51 | 1623 69 |
| | FC0363698-001 | 30-JUN-06 | FINANCE CHARGE | | 32 14 | 0 00 | 0 00 | 32 14 |
| | 65070606A-001 | 30-JUN-06 | ROYALTY ACCRUAL | | 3359 40 | 0 00 | 52 90 | 3412 30 |
| | 65070606A-006 | 30-JUN-06 | RESERVATION FEE | | 2575 54 | 0 00 | 41 40 | 2616 94 |
| | 65070606A-003 | 30-JUN-06 | MKTG FEE ACCRUA | | 1679 70 | 0 00 | 27 60 | 1707 30 |
| | | | Sub Total | | 11190 85 | 10 50 | 211 52 | 11412 87 |
| JUL-2006 | IN1713330-005 | 25-JUL-06 | TRIPREWARDS FNS | | (144 26) | 0 00 | 0 00 | - (144 26) |
| | IN1713330-004 | 25-JUL-06 | TRIPREWARDS 5%C | | 2456 58 | 0 00 | 27 02 | 2483 60 |
| | IN1713330-003 | 25-JUL-06 | ON-LINE LIBRARY | | 100 00 | 0 00 | 1 10 | 101 10 |
| | IN1713330-002 | 25-JUL-06 | JLY-DIRECWAY | | 150 00 | 10 50 | 1 77 | 162 27 |
| | IN1713330-001 | 25-JUL-06 | JLY-BRILLIANT S | | 225 00 | 0 00 | 2 48 | 227 48 |
| | IN1718845-001 | 31-JUL-06 | T/A COMM CR 312 | | (18 78) | 0 00 | 0 00 | (18 78) |
| | 65070607A-006#1 | 31-JUL-06 | RESERVATION FEE | | 4680 78 | 0 00 | 32 40 | 4713 18 |
| | TP4128015-001 | 31-JUL-06 | GDS & INTERNET | | 339 50 | 0 00 | 2 72 | 342 22 |
| | 65070607A-003 | 31-JUL-06 | MKTG FEE ACCRUA | | 3052 68 | 0 00 | 21 60 | 3074 28 |
| | FC0366990-001 | 31-JUL-06 | FINANCE CHARGE | | 49 21 | 0 00 | 0 00 | 49 21 |
| | 65070607A-001#1 | 31-JUL-06 | ROYALTY ACCRUAL | | 6105 36 | 0 00 | 41 40 | 6146 76 |
| | TA3128015-001 | 31-JUL-06 | T/A COMMISSIONS | | 1611 29 | 0 00 | 12 89 | 1624 18 |
| | | | Sub Total | | 18607 36 | 10 50 | 143 38 | 18761 24 |
| AUG-2006 | IN1722368-002 | 07-AUG-06 | G/S David Krame | | (170 66) | 0 00 | 0 00 | (170 66) |
| | IN1722368-003 | 07-AUG-06 | G/S Brendan Mar | | (170 66) | 0 00 | 0 00 | (170 66) |
| | IN1722368-004 | 07-AUG-06 | TRANS CHG Janis | | 75 00 | 0 00 | 0 34 | 75 34 |
| | IN1722368-001 | 07-AUG-06 | G/S Janis Tisor | | 80 00 | 0 00 | 0 36 | 80 36 |
| | 10008778 | 17-AUG-06 | TRANSACTION CHA | | (75 00) | 0 00 | 0 00 | (75 00) |
| | 10008551 | 17-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 21000003 | 22-AUG-06 | TRIPREWARDS FNS | | (262 08) | 0 00 | 0 00 | (262 08) |
| | 21000530 | 22-AUG-06 | TRIPREWARDS 5%C | | 2369 11 | 0 00 | 0 00 | 2369 11 |
| | 10011571 | 24-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |

Report Date 02-OCT-06

ITEMIZED STATEMENT

Customer No 16507-12568-01-DAY
Address 425 EAST MAIN ROAD,MIDDLETOWN,RI,02842,US
As of Date 02-OCT-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| | 10012297 | 24-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 10012677 | 24-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 10012653 | 24-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 40002018 | 31-AUG-06 | Actual-1000A-RO | | 5797 41 | 0 00 | 0 00 | 5797 41 |
| | 40002013 | 31-AUG-06 | Actual-1210A-MA | | 2898 70 | 0 00 | 0 00 | 2898 70 |
| | 40002015 | 31-AUG-06 | Actual-1800A-RE | | 4444 68 | 0 00 | 0 00 | 4444 68 |
| | 40021301 | 31-AUG-06 | 5022A-BRILLIANT | | 225 00 | 0 00 | 0 00 | 225 00 |
| | 10014480 | 31-AUG-06 | TRANSACTION CHA | | 70 00 | 0 00 | 0 00 | 70 00 |
| | 10015459 | 31-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 3134199 | 31-AUG-06 | T/A COMMISSIONS | | 2688 93 | 0 00 | 0 00 | 2688 93 |
| | 4134199 | 31-AUG-06 | GDS & INTERNET | | 471 00 | 0 00 | 0 00 | 471 00 |
| | 10014353 | 31-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 10014144 | 31-AUG-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 10015987 | 31-AUG-06 | TRANSACTION CHA | | 75 00 | 0 00 | 0 00 | 75 00 |
| | 40023577 | 31-AUG-06 | 5066A-DIRECWAY | | 150 00 | 10 50 | 0 00 | 160 50 |
| | | | Sub Total | | 18866 43 | 10 50 | 0 70 | 18877 63 |
| SEP-2006 | 10019471 | 07-SEP-06 | TRANSACTION CHA | | 75 00 | 0 00 | 0 00 | 75 00 |
| | 10020429 | 07-SEP-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 10018468 | 07-SEP-06 | TRANSACTION CHA | | 45 00 | 0 00 | 0 00 | 45 00 |
| | 10020058 | 07-SEP-06 | PROCESSING FEE | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 30008229 | 14-SEP-06 | 2007 ALLIANCE D | | 1152 00 | 0 00 | 0 00 | 1152 00 |
| | 10021232 | 14-SEP-06 | GUEST SRVCS PRO | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 10026309 | 22-SEP-06 | GUEST SRVCS PRO | | 25 00 | 0 00 | 0 00 | 25 00 |
| | 21004600 | 22-SEP-06 | TRIPREWARDS FNS | | (58 45) | 0 00 | 0 00 | (58 45) |
| | 21005413 | 22-SEP-06 | TRIPREWARDS 5%C | | 1356 62 | 0 00 | 0 00 | 1356 62 |
| | 40034354 | 30-SEP-06 | Accrual-1800A-R | * | 3524 13 | 0 00 | 0 00 | 3524 13 |
| | 40052978 | 30-SEP-06 | 5066A-DIRECWAY | | 150 00 | 10 50 | 0 00 | 160 50 |
| | 40034355 | 30-SEP-06 | Accrual-1210A-M | * | 2298 35 | 0 00 | 0 00 | 2298 35 |
| | 40034356 | 30-SEP-06 | Accrual-1000A-R | * | 4596 69 | 0 00 | 0 00 | 4596 69 |
| | 40052989 | 30-SEP-06 | 5022A-BRILLIANT | | 225 00 | 0 00 | 0 00 | 225 00 |
| | | | Sub Total | | 13464 34 | 10 50 | 0 00 | 13474 84 |

Report Date 02-OCT-06

ITEMIZED STATEMENT

Customer No 16507-12568-01-DAY
Address 425 EAST MAIN ROAD,MIDDLETOWN,RI,02842,US
As of Date 02-OCT-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Grand Total | 71263 04 | 53 90 | 651 76 | 71968 70 |

Requested By THERESA RESCH

* Please note the accruals on your account are estimates
Make sure to promptly submit your actual gross room revenue and rooms sold

******* END OF REPORT *******