# EXHIBIT C

ITEMIZED STATEMENT

Customer No : 16507-12 568-01-DAY
Address : 425 EAST MAIN RD.,NEWP ORT,RI,02842-5213 ,US
As of Date: 31-DEC-2 7

| Mon-Year | Invoice No | Invoice Date | Description A | ccrue | d Billing | Amount Tax F | inanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| Sep-06 | 4140384 | 29-Sep-06 | GDS & INTERNET | | - | - | 13.20 | 13.20 |
| | 40052989 | 30-Sep-06 | 5022A-BRILLIANT | | - | - | 13.80 | 13.80 |
| | 30013711 | 30-Sep-06 | CRS REACTIVATIO | | - | - | 21.10 | 21.10 |
| | | | Sub T | otal | - | - | 48.10 | 48.10 |
| Oct-06 | 10031636 | 5-Oct-06 | GUEST SRVCS PRO | | - | - | 2.65 | 2.65 |
| | 10033293 | 12-Oct-06 | GUEST SRVCS PRO | | - | - | 2.65 | 2.65 |
| | 10033021 | 12-Oct-06 | GUEST SRVCS PRO | | - | - | 2.65 | 2.65 |
| | 21008090 | 22-Oct-06 | TRIPREWARDS 5%C | | - | - | 89.05 | 89.05 |
| | 4150186 | 29-Oct-06 | GDS & INTERNET | | - | - | 14.75 | 14.75 |
| | TA3150186 | 29-Oct-06 | T/A COMMISSIONS | | - | - | 24.75 | 24.75 |
| | 40063092 | 31-Oct-06 | Actual-1800A-RE | | - | - | 155.39 | 155.39 |
| | 40063082 | 31-Oct-06 | Actual-1210A-MA | | 346.48 | - | 106.32 | 452.80 |
| | 40066766 | 31-Oct-06 | 5022A-BRILLIANT | | - | - | 20.38 | 20.38 |
| | 40067821 | 31-Oct-06 | Actual-1000A-RO | | - | - | 202.66 | 202.66 |
| | 40066304 | 31-Oct-06 | 5066A-DIRECWAY | | - | - | 14.54 | 14.54 |
| | | | Sub T | otal | 346.48 | - | 635.79 | 982.27 |
| Nov-06 | 10042719 | 2-Nov-06 | GUEST SRVCS PRO | | - | - | 2.66 | 2.66 |
| | 10043739 | 2-Nov-06 | GUEST SATISFACT | | - | - | 8.44 | 8.44 |
| | 10042632 | 2-Nov-06 | GUEST SRVCS PRO | | - | - | 2.66 | 2.66 |
| | 30029681 | 8-Nov-06 | 2007 DIW CONFER | | - | - | 6.27 | 6.27 |
| | 21009572 | 22-Nov-06 | TRIPREWARDS 5%C | | - | - | 35.47 | 35.47 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 40091359 | 30-Nov-06 | 5066A-DIRECWAY | | - | - | 14.46 | 14.46 |
| | 40089869 | 30-Nov-06 | Actual-1000A-RO | | 294.31 | - | 57.76 | 352.07 |
| | 4156433 | 30-Nov-06 | GDS & INTERNET | | - | - | 21.24 | 21.24 |
| | TA3156433 | 30-Nov-06 | T/A COMMISSIONS | | - | - | 21.34 | 21.34 |
| | 40103211 | 30-Nov-06 | 5022A-BRILLIANT | | - | - | 20.27 | 20.27 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 294.31 | - | 190.57 | 484.88 |
| | | | | | ============ | ============ | ============ | ============ |
| Dec-06 | 10056833 | 7-Dec-06 | GUEST SRVCS PRO | | - | - | 2.27 | 2.27 |
| | 21011094 | 22-Dec-06 | TRIPREWARDS 5%C | | - | - | 25.96 | 25.96 |
| | 40129517 | 31-Dec-06 | 5066A-DIRECWAY | | - | - | 11.97 | 11.97 |
| | 40129507 | 31-Dec-06 | 5022A-BRILLIANT | | - | - | 16.78 | 16.78 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | - | - | 56.98 | 56.98 |
| | | | | | ============ | ============ | ============ | ============ |
| Jan-07 | 30048078 | 24-Jan-07 | 2007 Training L | | - | - | 3.63 | 3.63 |
| | 40184827 | 31-Jan-07 | 5066A-DIRECWAY | | - | - | 9.72 | 9.72 |
| | 40184819 | 31-Jan-07 | 5022A-BRILLIANT | | - | - | 13.63 | 13.63 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | - | - | 26.98 | 26.98 |
| | | | | | ============ | ============ | ============ | ============ |
| Feb-07 | 40210463 | 28-Feb-07 | 5022A-BRILLIANT | | - | - | 10.13 | 10.13 |
| | 40210476 | 28-Feb-07 | 5066A-DIRECWAY | | - | - | 7.23 | 7.23 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | - | - | 17.36 | 17.36 |
| | | | | | ============ | ============ | ============ | ============ |
| Mar-07 | 21020972 | 22-Mar-07 | TRIPREWARDS 5%C | | - | - | 3.52 | 3.52 |
| | 10073389 | 29-Mar-07 | GUEST SRVCS TRA | | - | - | 2.26 | 2.26 |
| | 10073024 | 29-Mar-07 | GUEST SATISFACT | | - | - | 6.00 | 6.00 |
| | TA3181255 | 30-Mar-07 | T/A COMMISSIONS | | - | - | 3.12 | 3.12 |
| | 4181255 | 30-Mar-07 | GDS & INTERNET | | - | - | 3.10 | 3.10 |
| | 40223767 | 31-Mar-07 | Actual-1000A-RO | | 210.60 | - | 119.30 | 329.90 |
| | 40223769 | 31-Mar-07 | Actual-1800A-RE | | 161.46 | - | 93.88 | 255.34 |
| | 40238408 | 31-Mar-07 | 5066A-DIRECWAY | | - | - | 4.82 | 4.82 |
| | 40238402 | 31-Mar-07 | 5022A-BRILLIANT | | - | - | 6.76 | 6.76 |
| | 40223766 | 31-Mar-07 | Actual-1210A-MA | | 105.30 | - | 60.31 | 165.61 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 477.36 | - | 303.07 | 780.43 |
| | | | | | ============ | ============ | ============ | ============ |
| Apr-07 | 40247111 | 30-Apr-07 | 5066A-DIRECWAY | | 0.03 | - | 2.35 | 2.38 |
| | 40249155 | 30-Apr-07 | 5022A-BRILLIANT | | - | - | 3.36 | 3.36 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 0.03 | - | 5.71 | 5.74 |
| | | | | | ============ | ============ | ============ | ============ |
| May-07 | 21025961 | 22-May-07 | TRIPREWARDS 5%C | | - | - | 36.82 | 36.82 |
| | TA3193522 | 24-May-07 | T/A COMMISSIONS | | - | - | 7.26 | 7.26 |
| | 40285387 | 31-May-07 | Actual-1800A-RE | | - | - | 52.28 | 52.28 |
| | 40283410 | 31-May-07 | Actual-1210A-MA | | - | - | 34.10 | 34.10 |
| | 40283401 | 31-May-07 | Actual-1000A-RO | | 0.08 | - | 68.20 | 68.28 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 0.08 | - | 198.66 | 198.74 |
| | | | | | ============ | ============ | ============ | ============ |
| Jun-07 | 21029277 | 22-Jun-07 | TRIPREWARDS 5%C | | 1,738.61 | - | 115.80 | 1,854.41 |
| | 10094645 | 28-Jun-07 | GUEST SATISFACT | | 74.00 | - | 4.48 | 78.48 |
| | 10093952 | 28-Jun-07 | GUEST SRVCS TRA | | 75.00 | - | 4.55 | 79.55 |
| | TA3199761 | 29-Jun-07 | T/A COMMISSIONS | | 349.05 | - | 21.13 | 370.18 |
| | 4199761 | 29-Jun-07 | GDS & INTERNET | | 108.30 | - | 6.54 | 114.84 |
| | 40303918 | 30-Jun-07 | 5066A-DIRECWAY | | 150.00 | 10.50 | 9.72 | 170.22 |
| | 40304554 | 30-Jun-07 | 5022A-BRILLIANT | | 236.25 | - | 14.28 | 250.53 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 2,731.21 | 10.50 | 176.50 | 2,918.21 |
| | | | | | ============ | ============ | ============ | ============ |
| Jul-07 | 10096114 | 5-Jul-07 | GUEST SRVCS PRO | | 25.00 | - | 1.53 | 26.53 |
| | 10098791 | 5-Jul-07 | GUEST SRVCS PRO | | 25.00 | - | 1.53 | 26.53 |
| | 10102609 | 12-Jul-07 | GUEST SATISFACT | | 92.52 | - | 5.60 | 98.12 |
| | 10100892 | 12-Jul-07 | GUEST SRVCS TRA | | 75.00 | - | 4.55 | 79.55 |
| | 10099847 | 12-Jul-07 | GUEST SATISFACT | | 30.00 | - | 1.82 | 31.82 |
| | 10101376 | 12-Jul-07 | GUEST SRVCS PRO | | 25.00 | - | 1.53 | 26.53 |
| | 10101715 | 12-Jul-07 | GUEST SRVCS PRO | | 25.00 | - | 1.53 | 26.53 |
| | 10107922 | 19-Jul-07 | GUEST SATISFACT | | (74.00) | - | - | (74.00) |
| | 10104180 | 19-Jul-07 | GUEST SATISFACT | | 50.00 | - | 2.26 | 52.26 |
| | 10103581 | 19-Jul-07 | GUEST SRVCS TRA | | 75.00 | - | 3.38 | 78.38 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 10104341 | 19-Jul-07 | GUEST SATISFACT | | 321.84 | - | 14.49 | 336.33 |
| | 21031804 | 22-Jul-07 | TRIPREWARDS 5%C | | 2,781.92 | - | 125.19 | 2,907.11 |
| | 30094745 | 23-Jul-07 | Q/A REINSPECTIO | | 1,000.00 | - | 45.00 | 1,045.00 |
| | 10109341 | 26-Jul-07 | GUEST SRVCS PRO | | 25.00 | - | 1.13 | 26.13 |
| | 10107354 | 26-Jul-07 | GUEST SATISFACT | | 74.00 | - | 3.33 | 77.33 |
| | 4205982 | 27-Jul-07 | GDS & INTERNET | | 82.40 | - | 3.71 | 86.11 |
| | TA3205982 | 27-Jul-07 | T/A COMMISSIONS | | 394.90 | - | 17.77 | 412.67 |
| | 30096387 | 31-Jul-07 | Dash for Cash 5 | | (158.19) | - | - | (158.19) |
| | 40333055 | 31-Jul-07 | 5066A-DIRECWAY | | 150.00 | 10.50 | 7.23 | 167.73 |
| | 40333555 | 31-Jul-07 | 5022A-BRILLIANT | | 236.25 | - | 10.63 | 246.88 |
| | 40350948 | 31-Jul-07 | Actual-1000A-RO | | 654.19 | - | 29.44 | 683.63 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 5,910.83 | 10.50 | 281.65 | 6,202.98 |
| | | | | | ============ | ============ | ============ | ============ |
| Aug-07 | 10114689 | 2-Aug-07 | GUEST SRVCS PRO | | 25.00 | - | 1.13 | 26.13 |
| | 10113368 | 2-Aug-07 | GUEST SATISFACT | | (160.92) | - | - | (160.92) |
| | 10123170 | 16-Aug-07 | GUEST SRVCS PRO | | 25.00 | - | 0.76 | 25.76 |
| | 21035441 | 22-Aug-07 | TRIPREWARDS 5%C | | 2,849.54 | - | 85.48 | 2,935.02 |
| | 10129061 | 23-Aug-07 | GUEST SRVCS PRO | | 25.00 | - | 0.76 | 25.76 |
| | 10131733 | 24-Aug-07 | GUEST SATISFACT | | (321.84) | - | - | (321.84) |
| | 10132252 | 30-Aug-07 | GUEST SRVCS TRA | | 75.00 | - | 2.26 | 77.26 |
| | 10134235 | 30-Aug-07 | GUEST SRVCS PRO | | 25.00 | - | 0.76 | 25.76 |
| | 10133351 | 30-Aug-07 | GUEST SRVCS PRO | | 25.00 | - | 0.76 | 25.76 |
| | 10132253 | 30-Aug-07 | GUEST SATISFACT | | 50.00 | - | 1.50 | 51.50 |
| | 40366890 | 31-Aug-07 | Accrual-1210A-M | * | 4,101.99 | - | 123.06 | 4,225.05 |
| | 40353729 | 31-Aug-07 | 5066A-DIRECWAY | | 150.00 | 10.50 | 4.82 | 165.32 |
| | 40365671 | 31-Aug-07 | Accrual-1000A-R | * | 13,673.30 | - | 410.20 | 14,083.50 |
| | 40355184 | 31-Aug-07 | 5022A-BRILLIANT | | 236.25 | - | 7.08 | 243.33 |
| | 40367967 | 31-Aug-07 | Accrual-1800A-R | * | 6,289.72 | - | 188.70 | 6,478.42 |
| | 30101922 | 31-Aug-07 | DASH FOR CASH 5 | | (277.75) | - | - | (277.75) |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 26,790.29 | 10.50 | 827.27 | 27,628.06 |
| | | | | | ============ | ============ | ============ | ============ |
| Sep-07 | 10136246 | 6-Sep-07 | GUEST SRVCS PRO | | 25.00 | - | 0.76 | 25.76 |
| | 10138338 | 13-Sep-07 | GUEST SATISFACT | | 50.00 | - | 1.50 | 51.50 |
| | 10138339 | 13-Sep-07 | GUEST SRVCS TRA | | 75.00 | - | 2.26 | 77.26 |
| | 10140605 | 13-Sep-07 | GUEST SRVCS PRO | | 25.00 | - | 0.76 | 25.76 |
| | 30108365 | 14-Sep-07 | 2008 ALLIANCE D | | 1,152.00 | - | - | 1,152.00 |
| | 10142597 | 20-Sep-07 | GUEST SRVCS PRO | | 25.00 | - | 0.36 | 25.36 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 10140982 | 20-Sep-07 | GUEST SRVCS TRA | | (75.00) | - | - | (75.00) |
| | 21038218 | 22-Sep-07 | TRIPREWARDS 5%C | | 4,683.08 | - | 67.90 | 4,750.98 |
| | TA3218445 | 29-Sep-07 | T/A COMMISSIONS | | 608.31 | - | 8.82 | 617.13 |
| | 4218445 | 29-Sep-07 | GDS & INTERNET | | 268.25 | - | 3.89 | 272.14 |
| | 40381315 | 30-Sep-07 | 5022A-BRILLIANT | | 236.25 | - | 3.43 | 239.68 |
| | 30113157 | 30-Sep-07 | Dash for Cash 5 | | (241.95) | - | - | (241.95) |
| | 40399320 | 30-Sep-07 | Accrual-1210A-M | * | 3,067.83 | - | 44.48 | 3,112.31 |
| | 40398102 | 30-Sep-07 | Accrual-1000A-R | * | 10,226.10 | - | 148.28 | 10,374.38 |
| | 40379973 | 30-Sep-07 | 5066A-DIRECWAY | | 150.00 | 10.50 | 2.33 | 162.83 |
| | 40400395 | 30-Sep-07 | Accrual-1800A-R | * | 4,704.01 | - | 68.21 | 4,772.22 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 24,978.88 | 10.50 | 352.98 | 25,342.36 |
| | | | | | ============ | ============ | ============ | ============ |
| Oct-07 | 10147898 | 4-Oct-07 | GUEST SRVCS PRO | | 25.00 | - | 0.36 | 25.36 |
| | 10147579 | 4-Oct-07 | GUEST SRVCS PRO | | 25.00 | - | 0.36 | 25.36 |
| | 10149060 | 11-Oct-07 | GUEST SRVCS PRO | | 25.00 | - | 0.36 | 25.36 |
| | 10152989 | 18-Oct-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 10153665 | 18-Oct-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 30125653 | 19-Oct-07 | MANDATORY PHOTO | | 1,250.00 | 87.50 | - | 1,337.50 |
| | 21041277 | 22-Oct-07 | TRIPREWARDS 5%C | | 6,924.05 | - | - | 6,924.05 |
| | 10158017 | 25-Oct-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 10156621 | 25-Oct-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 10155508 | 25-Oct-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 10155507 | 25-Oct-07 | GUEST SATISFACT | | 132.70 | - | - | 132.70 |
| | 10157871 | 25-Oct-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 4224685 | 25-Oct-07 | GDS & INTERNET | | 423.05 | - | - | 423.05 |
| | TA3224685 | 25-Oct-07 | T/A COMMISSIONS | | 696.15 | - | - | 696.15 |
| | 40409533 | 31-Oct-07 | 5066A-DIRECWAY | | 150.00 | 10.50 | - | 160.50 |
| | 40410661 | 31-Oct-07 | 5022A-BRILLIANT | | 236.25 | - | - | 236.25 |
| | 40417074 | 31-Oct-07 | Accrual-1210A-M | * | 2,021.42 | - | - | 2,021.42 |
| | 40415875 | 31-Oct-07 | Accrual-1000A-R | * | 6,738.05 | - | - | 6,738.05 |
| | 40418153 | 31-Oct-07 | Accrual-1800A-R | * | 3,099.50 | - | - | 3,099.50 |
| | | | | | ============ | ============ | ============ | ============ |
| | | | Sub T | otal | 22,106.17 | 98.00 | 1.08 | 22,205.25 |
| | | | | | ============ | ============ | ============ | ============ |
| Nov-07 | 10162916 | 7-Nov-07 | GUEST SRVCS TRA | | 100.00 | - | - | 100.00 |
| | 10162917 | 7-Nov-07 | GUEST SATISFACT | | 67.00 | - | - | 67.00 |
| | 10164165 | 7-Nov-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 10164952 | 7-Nov-07 | GUEST SRVCS PRO | | 60.00 | - | - | 60.00 |
| | 10168999 | 21-Nov-07 | GUEST SRVCS TRA | | 100.00 | - | - | 100.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10169000 | 21-Nov-07 | GUEST SATISFACT | | 58.28 | - | - | 58.28 |
| 21044692 | 22-Nov-07 | TRIPREWARDS 5%C | | 1,146.55 | - | - | 1,146.55 |
| 30133732 | 27-Nov-07 | Q/A REINSPECTIO | | 1,000.00 | - | - | 1,000.00 |
| TA3230873 | 29-Nov-07 | T/A COMMISSIONS | | 371.69 | - | - | 371.69 |
| 4230873 | 29-Nov-07 | GDS & INTERNET | | 270.25 | - | - | 270.25 |
| 40452280 | 30-Nov-07 | Accrual-1800A-R | * | 341.62 | - | - | 341.62 |
| 40433329 | 30-Nov-07 | 5066A-DIRECWAY | | 150.00 | 10.50 | - | 160.50 |
| 40436419 | 30-Nov-07 | 5022A-BRILLIANT | | 236.25 | - | - | 236.25 |
| 40450002 | 30-Nov-07 | Accrual-1000A-R | * | 742.65 | - | - | 742.65 |
| 40451200 | 30-Nov-07 | Accrual-1210A-M | * | 222.80 | - | - | 222.80 |
| | | | | ============ | ============ | ============ | ============ |
| | | Sub T | otal | 4,927.09 | 10.50 | - | 4,937.59 |
| | | | | ============ | ============ | ============ | ============ |
| | | | | ============ | ============ | ============ | ============ |
| | | Grand | Total | 88,562.73 | 150.50 | 3,122.70 | 91,835.93 |
| | | | | ============ | ============ | ============ | ============ |