**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VINCENT SANDONATO** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | |
| | } | **C.A. No. 07-451/S** |
| **DAYS INN WORLDWIDE, INC. and CENDANT HOTEL GROUP, INC.** | } | |
| | } | |
| **Defendants** | } | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE**

Plaintiff and defendants, by their respective attorneys, move for an Order extending the discovery closure date to September 5, 2008. As grounds therefor the undersigned state that additional time is needed to complete pretrial discovery, including the taking of depositions of individuals who are no longer under the control of the parties. In addition, counsel for the parties have been engaged in matters in other courts that has affected their ability to complete discovery by the current discovery closure date.

/s/Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr.
Law Offices of Joseph R. Palumbo, Jr.
RI Bar No. 0405
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner
Nixon Peabody, LLP
RI Bar No. 4369
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
Email: jbrenner@nixonpeabody.com

Dated: June 20, 2008