**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VINCENT SANDONATO** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | |
| | } | **C.A. No. 07-451/S** |
| **DAYS INN WORLDWIDE, INC.** | } | |
| **and CENDANT HOTEL GROUP,** | } | |
| **INC.** | } | |
| | } | |
| **Defendants** | } | |

**NOTICE OF INTENTION TO TAKE DEPOSITION**

**DATE AND TIME:** **TUESDAY, JULY 29, 2008 @ 2:00 P.M.**

**DEPONENT:** **DAYS INN WORLDWIDE, INC.**[1]

**TO:**

**Jeffrey S. Brenner, Esquire**
**Nixon Peabody, LLP**
One Citizens Plaza, 5th Floor
Providence, RI 02903

**Faria Court Reporting**
P.O. Box 493
Jamestown, RI 02835-493

Please take notice that the plaintiffs will take the testimony on oral examination of the **ABOVE-NAMED DEPONENT** at the time **SET FORTH ABOVE** before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of **Joseph R. Palumbo, Jr., 294 Valley Road, Middletown, R.I**., at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

---

[1] The defendant shall designate one or more officers, directors, or managing agents or other persons who consent to testify on its behalf with respect to the following:

(a) The operation of defendant's Central Reservation Service ("CRS") during the period of defendant's franchise agreement with plaintiff, any malfunctions of the CRS during such period and the reasons for same, and defendant's method or methods of recording or tracking use of the CRS to make reservations at the plaintiff's hotel.

(b) The contents of the logs produced by defendant in discovery.

/s/ Joseph R. Palumbo, Jr.

**JOSEPH R. PALUMBO, JR. #0405**
**Attorney for Plaintiffs**
294 Valley Road
Middletown, R.I. 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Intention to Take Deposition was filed through the EFC system and will be sent electronically to the registered participant, Jeffrey S. Brenner, at jbrenner@nixonpeabody.com identified on the Notice of Electronic filing (NEF) on the 7th day of July, 2008.

/s/ Joseph R. Palumbo, Jr.