UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINCENT SANDONATO<br><br>Plaintiff,<br>V.<br><br>DAYS INN WORLDWIDE, INC. and<br>CENDANT HOTEL GROUP, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-451/S |

**JOINT MOTION TO EXTEND THE TIME TO COMPLETE DISCOVERY**

Plaintiff and Defendants hereby jointly move for an Order extending the discovery closure deadline to November 21, 2008. As grounds the parties state the following:

1. Defendants have responded to Plaintiff's interrogatories and request for production of documents.

2. Plaintiff intends to respond to Defendants' interrogatories and request for production of documents within the next two weeks. Plaintiff's response has been delayed because of various operational issues concerning his hotel in converting it from a Days Inn® to another brand as well as the busy summer hotel season.

3. Plaintiff desires to conduct depositions of Defendants' representatives which will take place near Defendants' place of business in Northern New Jersey. The parties were unable to schedule these depositions in the summer because of vacation schedules, trials, and other court commitments.

4. Defendants desire to conduct Plaintiff's deposition. For the same reasons set forth in paragraphs 2 and 3, the parties have been unable to schedule Plaintiff's deposition.

5. Although the discovery deadline has been extended once beforehand, the extension was only for 2 months, and the parties are confident that they can complete discovery by the requested date of November 21, 2008.

Accordingly, the parties request that this Court issue an Order extending the time to complete discovery to November 21, 2008, dispositive motions to be filed by December 12, 2008, and pretrial memorandum to be filed by December 12, 2008, or within 30 days after a decision on any dispositive motions.

Plaintiff,
Vincent Sandonato,
By his Attorney,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr. (#0405)
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

Dated: August 27, 2008

Defendants,
Days Inn Worldwide, Inc. and
Cendant Hotel Group, Inc.,
By their Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
Email: jbrenner@nixonpeabody.com
Dated: August 27, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Joseph R. Palumbo, Jr., Esq., at joseph@palumbolaw.net, identified on the Notice of Electronic filing (NEF), on this 27th day of August, 2008.

/s/ Jeffrey S. Brenner